UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 JAN -5 PM 4: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 11CR5453-MMA |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| MARCO ANTONIO TAPIA, | |
| Defendant. | |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

    21:952 and 960

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/5/12

Jan M. Adler
U.S. Magistrate Judge